Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. _P-0571336_
_Timothy D. Chadwick_ )
_MAX OBUSZEWSKI ET AL._ )

## NOTICE OF APPEAL

Name and address of appellant: _Timothy D. Chadwick_

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_12/21/05_ _Timothy D Chadwick_
DATE                                APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                YES ☐   NO ☐
Has counsel ordered transcripts?                      YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐   NO ☐

**RECEIVED**
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT